| | |
|---|---|
| 1 | J. KEVIN LILLY, Bar No. 119981 |
| 2 | KARA L. JASSY, Bar No. 198846<br>ELIZABETH NGUYEN, Bar No. 238571 |
| 3 | LITTLER MENDELSON<br>A Professional Corporation |
| 4 | 2049 Century Park East, 5th Floor<br>Los Angeles, CA  90067.3107 |
| 5 | Telephone:  310.553.0308<br>Facsimile:   310.553.5583 |
| 6 | E-mail: klilly@littler.com; kjassy@littler.com;<br>enguyen@littler.com |
| 7 | Attorneys for Defendants |
| 8 | LUXOTTICA U.S. HOLDINGS CORP. and COLE VISION CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANONA ADAMS and MARY RAFAEL individually, as private attorneys general, and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUXOTTICA U.S. HOLDINGS CORP. and COLE VISION CORPORATION dba TARGET OPTICAL and SEARS OPTICAL and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.  SACV 07-1465 AHS (MLGx)<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE ALICEMARIE H. STOTLER<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS BY DEFENDANTS**<br><br>[Fed. R. Civ. Proc. 12(c)]<br><br>Date:           **October 6, 2008**<br>Time:          **10:00 a.m.**<br>Courtroom:  **10A** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Firmwide:86630800.1 052266.1021

1  TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
2  DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS ANONA ADAMS AND
3  MARY RAPHAEL:

4  PLEASE TAKE NOTICE THAT on October 6, 2008, at 10:00 a.m., or as
5  soon thereafter as counsel may be heard in Courtroom 10A of the above entitled
6  Court, located at 411 West Fourth Street, Santa Ana, CA 92701, pursuant to Federal
7  Rule of Civil Procedure 12(c), Defendants Luxottica U.S. Holdings Corp. and Cole
8  Vision Corporation ("Defendants") will and hereby do move the Court for judgment
9  on the pleadings and request that the Court dismiss Plaintiffs' class allegations and
10  representative allegations, with prejudice.

11  This motion is made following the conference of counsel pursuant to
12  L.R. 7-3; defense counsel initiated the conference with a letter to plaintiffs' counsel,
13  dated August 8, 2008. The parties discussed the issues in a telephonic conference
14  which took place on August 13, 2008.

15  This motion is based upon this Notice, the accompanying Memorandum
16  of Points and Authorities, the accompanying Request for Judicial Notice, the
17  accompanying Declaration of J. Kevin Lilly, the pleadings and records on file herein,
18  and on such other and further argument and evidence as may be presented at the time
19  of the hearing and all matters of which this Court may take judicial notice.

Dated:   September 12, 2008

/s/ - J. KEVIN LILLY
J. KEVIN LILLY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
LUXOTTICA U.S. HOLDINGS CORP.
and COLE VISION CORPORATION

LITTLER MENDELSON
A PROFESSIONAL
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:86630800.1 052266.1021      2.